Warminster Township  
401 Gibson Ave  
Warminster, PA 18974

**Earnings Statement**

Check Date: December 28, 2017  
Period Beginning: December 10, 2017  
Period Ending: December 23, 2017  
Voucher Number: 133610  
Net Pay: 1,884.99

Joshua P Wark    Employee Number 3077    Department 430130

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Regular | 23.10 | 63.00 | 1455.30 | 1589.00 | 40246.43 |
| Overtime | 34.65 | 16.50 | 571.73 | 56.00 | 1940.42 |
| Vacation | 23.10 | 17.00 | 392.70 | 175.00 | 4042.51 |
| Sick | | | | 156.00 | 3603.60 |
| Holiday | | | | 80.00 | 1844.88 |
| Personal | | | | 32.00 | 739.20 |
| Doubletime | | | | 6.50 | 300.30 |
| Famsick | | | | 48.00 | 1108.80 |
| Longevity | | | | | 1040.00 |
| **Total Gross Pay** | | 96.50 | 2419.73 | 2142.50 | 54866.14 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Warminster T. LST(Bu | | 2419.73 | | 50.00 |
| Medicare | | 2419.73 | 35.09 | 795.56 |
| OASDI | | 2419.73 | 150.02 | 3401.70 |
| PA SUI - EE | | 2419.73 | 1.70 | 38.41 |
| East Pikeland T. | | 2419.73 | 30.25 | 685.85 |
| Pennsylvania SITW | | 2419.73 | 74.29 | 1684.37 |
| Federal Income Tax | M/3 | 2419.73 | 207.09 | 4045.34 |
| **Total Tax Withholding** | | | 498.44 | 10701.23 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| Afscme | 36.30 | 807.40 |
| **Total Deductions** | 36.30 | 807.40 |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx0503 | xxxxxxxxx5776 | 1102.00 |
| xxxxx0503 | xxxxxxxxxx0644 | 782.99 |
| **Total Direct Deposits** | | 1884.99 |

Warminster Township
401 Gibson Ave
Warminster, PA 18974

Earnings Statement

**Joshua P Wark**    Employee Number    3077    Department    430130

Check Date: November 02, 2017
Period Beginning: October 15, 2017
Period Ending: October 28, 2017
Voucher Number    133047
Net Pay    1,983.82

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Regular | 23.10 | 26.00 | 600.60 | 1366.00 | 34047.93 |
| Overtime | 34.65 | 6.00 | 207.90 | 39.50 | 1368.69 |
| Regular | 32.45 | 54.00 | 1752.30 | | 0.00 |
| Vacation | | | | 150.00 | 3465.01 |
| Sick | | | | 108.00 | 2494.80 |
| Holiday | | | | 56.00 | 1290.48 |
| Personal | | | | 32.00 | 739.20 |
| Doubletime | | | | 6.50 | 300.30 |
| Famsick | | | | 48.00 | 1108.80 |
| Longevity | | | | | 1040.00 |
| **Total Gross Pay** | | 86.00 | 2560.80 | 1806.00 | 45855.21 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 2560.80 | 37.13 | 664.90 |
| OASDI | | 2560.80 | 158.77 | 2843.02 |
| PA SUI - EE | | 2560.80 | 1.79 | 32.10 |
| East Pikeland T. | | 2560.80 | 32.01 | 573.20 |
| Warminster T. LST(Bu | | 2560.80 | 2.00 | 44.00 |
| Pennsylvania SITW | | 2560.80 | 78.62 | 1407.73 |
| Federal Income Tax | M/3 | 2560.80 | 228.25 | 3317.18 |
| **Total Tax Withholding** | | | 538.57 | 8882.13 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| Afscme | 38.41 | 672.24 |
| **Total Deductions** | 38.41 | 672.24 |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx0503 | xxxxxxxxx5776 | 1102.00 |
| xxxxx0503 | xxxxxxxxxx0644 | 881.82 |
| **Total Direct Deposits** | | 1983.82 |

Warminster Township
401 Gibson Ave
Warminster, PA 18974

Earnings Statement

**Joshua P Wark**    Employee Number    3077    Department    430130

Check Date: November 16, 2017
Period Beginning: October 29, 2017
Period Ending: November 11, 2017
Voucher Number: 133164
Net Pay: 1,848.61

| Earnings | Rate | Hours | Amount | YTD Hrs | YTD Amt |
|---|---|---|---|---|---|
| Regular | 32.45 | 56.00 | 1817.20 | 1414.00 | 35680.33 |
| Sick | 23.10 | 24.00 | 554.40 | 132.00 | 3049.20 |
| Holiday | 23.10 | 8.00 | 184.80 | 64.00 | 1475.28 |
| Regular | 23.10 | -8.00 | -184.80 | | 0.00 |
| Overtime | | | | 39.50 | 1368.69 |
| Vacation | | | | 150.00 | 3465.01 |
| Personal | | | | 32.00 | 739.20 |
| Doubletime | | | | 6.50 | 300.30 |
| Famsick | | | | 48.00 | 1108.80 |
| Longevity | | | | | 1040.00 |
| **Total Gross Pay** | | 80.00 | 2371.60 | 1886.00 | 48226.81 |

| Taxes | Status | Taxable | Amount | YTD Amt |
|---|---|---|---|---|
| Medicare | | 2371.60 | 34.39 | 699.29 |
| OASDI | | 2371.60 | 147.04 | 2990.06 |
| PA SUI - EE | | 2371.60 | 1.66 | 33.76 |
| East Pikeland T. | | 2371.60 | 29.65 | 602.85 |
| Warminster T. LST(Bu | | 2371.60 | 2.00 | 46.00 |
| Pennsylvania SITW | | 2371.60 | 72.81 | 1480.54 |
| Federal Income Tax | M/3 | 2371.60 | 199.87 | 3517.05 |
| **Total Tax Withholding** | | | 487.42 | 9369.55 |

| Deductions | Amount | YTD Amt |
|---|---|---|
| Afscme | 35.57 | 707.81 |
| **Total Deductions** | 35.57 | 707.81 |

| Direct Deposits | Account | Amount |
|---|---|---|
| xxxxx0503 | xxxxxxxxx5776 | 1102.00 |
| xxxxx0503 | xxxxxxxxxx0644 | 746.61 |
| **Total Direct Deposits** | | 1848.61 |