Certificate Number: 05781-PAE-DE-030610225

Bankruptcy Case Number: 18-10282



05781-PAE-DE-030610225

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 22, 2018, at 4:58 o'clock PM PST, Joshua Wark completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   February 22, 2018                    By:     /s/Allison M Geving

                                             Name:   Allison M Geving

                                             Title:  President