# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-10282-MDC

JOSHUA P WARK

2265 KIMBERTON ROAD

PHOENIXVILLE, PA 19460-4747

    Debtor

**CERTIFICATE OF SERVICE**

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
JOSHUA P WARK

2265 KIMBERTON ROAD

PHOENIXVILLE, PA 19460-4747

**Counsel for debtor(s), by electronic notice only.**
JOSEPH L QUINN
152 E HIGH ST
SUITE 100
POTTSTOWN, PA 19464-

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

/s/ William C. Miller

Date: 3/20/2018

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee