IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | | |
|---|---|---|
| IN RE: | : | |
| JOSHUA P. WARK | : | BK. No. 18-10282-mdc |
| Debtor | : | |
| | : | Chapter No. 13 |
| WELLS FARGO BANK, N.A. | : | |
| Movant | : | |
| v. | : | |
| JOSHUA P. WARK | : | |
| Respondent | : | 11 U.S.C. §362 |

## ORDER MODIFYING §362 AUTOMATIC STAY

AND NOW, this 15th day of May, 2018, at **PHILADELPHIA**, upon Motion of **WELLS FARGO BANK, N.A.** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 601 E THAYER ST, PHILADELPHIA, PA 19134 N/K/A 601E THAYER ST, PHILADELPHIA, PA 19134-1825(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

_____
MAGDELINE D. COLEMAN, BANKRUPTCY JUDGE

WILLIAM C MILLER, ESQUIRE
(TRUSTEE)
P.O. BOX 1229
PHILADELPHIA, PA 19105

JOSEPH L QUINN, ESQUIRE
THE LAW OFFICE OF STEPHEN ROSS
PC
152 E. HIGH STREET, SUITE 100
POTTSTOWN, PA 19464

JOSHUA P. WARK
2265 KIMBERTON ROAD
PHOENIXVILLE, PA 19460-4747

JOSHUA P. WARK
601E THAYER ST
PHILADELPHIA, PA 19134-1825

JOSHUA P. WARK
601 E THAYER ST
PHILADELPHIA, PA 19134

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107