**IN THE U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Joshua P. Wark, | : | Chapter 13 |
| Debtor | : | No. : 18-10282-mdc |

CERTIFICATE OF SERVICE

I, Joseph Quinn, undersigned counsel for Joshua P. Wark, hereby certify that on May 17, 2018, a true and correct copy of the Debtor's Praecipe to Voluntary Dismiss the Chapter 13 Bankruptcy Case was forwarded to the following persons, as follows:

*via electronic notification by means of ECF:*

Jerome B. Blank on behalf of Creditor Santander Bank, N.A.
paeb@fedphe.com

Jerome B. Blank on behalf of Creditor Wells Fargo Bank, N.A.
paeb@fedphe.com

Jeremy John Kobeski on behalf of Creditor Wells Fargo Bank, N.A.
paeb@fedphe.com

Christopher M. McMonagle on behalf of Creditor Quicken Loans Inc.
cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com

William C. Miller, Esq., Chapter 13 Trustee
ecfemails@ph13trustee.com, philaecf@gmail.com

James A. Prostko on behalf of Creditor Santander Bank, N.A.
paeb@fedphe.com

Rebecca Ann Solarz on behalf of Creditor Toyota Motor Credit Corporation
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

*via USPS first class mail, postage pre-paid:*

All other creditors on the mailing matrix not otherwise notified by ECF.

LAW OFFICE OF STEPHEN J. ROSS

                                                By:    */s/ Joseph Quinn*_____
                                                         Joseph Quinn, Esquire
                                                         Attorney I.D. No. 307467
                                                         152 E. High Street, Suite 100
                                                         Pottstown, PA 19464
                                                         T: 610.323.5300
                                                         F: 610.323.6081
Date: <u>May 17, 2018</u>                           JQuinn@SJR-LAW.com