# IN THE U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Joshua P. Wark, | : | Chapter 13 |
| Debtor | : | No. : 18-10282-mdc |

## **ORDER**

AND NOW, upon Debtor's Praecipe to Voluntarily Dismiss the Chapter 13 Bankruptcy Case pursuant to 11 U.S.C. 1307(b), it is hereby ORDERED that Case 18-10282-mdc is DISMISSED.

BY THE COURT:

May 18, 2018

_____
HON. MAGDELINE D. COLEMAN
U.S. BANKRUPTCY JUDGE