United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-10282-mdc
Joshua P. Wark                                                            Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: YvetteWD    Page 1 of 1    Date Rcvd: May 16, 2018
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 18, 2018.
db             Joshua P. Wark,    2265 Kimberton Road,    Phoenixville, PA   19460-4747

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 18, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 16, 2018 at the address(es) listed below:
      CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Quicken Loans Inc.
       cmcmonagle@sterneisenberg.com,   bkecf@sterneisenberg.com
      JAMES A. PROSTKO    on behalf of Creditor    SANTANDER BANK, N.A. paeb@fedphe.com
      JEREMY JOHN KOBESKI    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
      JEROME B. BLANK    on behalf of Creditor    SANTANDER BANK, N.A. paeb@fedphe.com
      JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
      JOSEPH L QUINN    on behalf of Debtor Joshua P. Wark CourtNotices@sjr-law.com
      REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                                              TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE: | : |
| JOSHUA P. WARK | : BK. No. 18-10282-mdc |
| Debtor | : |
| | : Chapter No. 13 |
| WELLS FARGO BANK, N.A. | : |
| Movant | : |
| v. | : |
| JOSHUA P. WARK | : |
| Respondent | : 11 U.S.C. §362 |

## ORDER MODIFYING §362 AUTOMATIC STAY

AND NOW, this *15th* day of *May*, 2018, at **PHILADELPHIA**, upon Motion of **WELLS FARGO BANK, N.A.** (Movant), it is:

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtor(s) and Debtor's counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that Relief from the Automatic stay of all proceedings, as provided under 11 U.S.C. §362 is granted with respect to, 601 E THAYER ST, PHILADELPHIA, PA 19134 N/K/A 601E THAYER ST, PHILADELPHIA, PA 19134-1825(hereinafter the Premises) (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

*Magdeline D. C—*
MAGDELINE D. COLEMAN, BANKRUPTCY JUDGE

WILLIAM C MILLER, ESQUIRE
(TRUSTEE)
P.O. BOX 1229
PHILADELPHIA, PA 19105

JOSEPH L QUINN, ESQUIRE
THE LAW OFFICE OF STEPHEN ROSS
PC
152 E. HIGH STREET, SUITE 100
POTTSTOWN, PA 19464

JOSHUA P. WARK
2265 KIMBERTON ROAD
PHOENIXVILLE, PA 19460-4747

JOSHUA P. WARK
601E THAYER ST
PHILADELPHIA, PA 19134-1825

JOSHUA P. WARK
601 E THAYER ST
PHILADELPHIA, PA 19134

UNITED STATES TRUSTEE
833 CHESTNUT STREET, SUITE 500
PHILADELPHIA, PA 19107