United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-10282-mdc
Joshua P. Wark                                                        Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: DonnaR              Page 1 of 2              Date Rcvd: May 18, 2018
                             Form ID: pdf900          Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2018.
```
db              Joshua P. Wark,    2265 Kimberton Road,    Phoenixville, PA 19460-4747
cr             +Quicken Loans Inc.,    Stern & Eisenberg, PC,    1581 Main Street, Suite 200,
                 Warrington, PA 18976-3400
14040517       +Abigail Brunner, Esquire,    Phelan Hallinan Diamond & Jones,    1617 John F Kennedy Blvd,
                 Philadelphia, PA 19103-1821
14040518      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank of America N.A.,      Po Box 982238,    El Paso, TX 79998)
14068543       +Bank of America, N.A,    P.O. Box 31785,    Tampa, FL 33631-3785
14040519       +Bank of America, N.A.,    4909 Savarese Circle,    Tampa, FL 33634-2413
14040520      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,     15000 Capital One Dr,    Richmond, VA 23238)
14040521      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: CBNA,    50 Northwest Point Road,    Elk Grove Village, IL 60007)
14061041        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
14040524       +City of Philadelpha,    PO Box 56318,    Philadelphia, PA 19130-6318
14040527        City of Philadelphia,    Department of Revenue,    PO Box 41496,    Philadelphia, PA 19101-1496
14040525        City of Philadelphia,    Department of Revenue,    Water Revenue Bureau,    PO Box 41496,
                 Philadelphia, PA 19101-1496
14040528        City of Philadelphia,    PO Box 786612,    Philadelphia, PA 19178-6612
14040530        City of Philadelphia Pioneer,    Lockbox #1687,    PO Box 8500,    Philadelphia, PA 19178-1687
14040531        Department of Revenue,    PO Box 8409,    Philadelphia, PA 19101-8409
14040532        Department of Revenue,    PO Box 148,    Philadelphia, PA 19105-0148
14053451       +Janet M. Spears,    ALDRIDGE PITE, LLP,    4375 Jutland Drive, Suite 200,    P.O. Box 17933,
                 San Diego, CA 92177-7921
14068800       +Jerome Blank, Esq., Id. No.49736,    Phelan Hallinan Diamond & Jones, LLP,    c/o Santander Bank,
                 1617 JFK Boulevard, Suite 1400,    One Penn Center Plaza,    Philadelphia, PA 19103-1823
14040533       +Keystone Collections Group,    PO Box 519,    Irwin, PA 15642-0519
14040534       +Phelan Hallinan Diamond & Jones,    1617 JFK Blvd, Suite 1400,    Philadelphia, PA 19103-1814
14040535       +Philadelphia Gas Works,    Credit & Collections Department,
                 800 W. Montgomery Avenue, 3rd Floor,    Attn: Liens & Judgments Section,
                 Philadelphia, PA 19122-2806
14040536       +Philadelphia Water Revenue Bureau,    1401 John F Kennedy Boulevard,
                 Philadelphia, PA 19102-1606
14066622       +SANTANDER BANK, N.A.,    601 PENN STREET, MAIL CODE 10-6438-FB7,    READING PA 19601-3563
14040538       +Santander Bank Na,    1130 Berkshire Blvd,    Wyomissing, PA 19610-1242
14059701       +Toyota Motor Credit,    Rebecca A. Solarz, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14040539       +Toyota Motor Credit Co,    Po Box 9786,    Cedar Rapids, IA 52409-0004
14057085       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
14040541      ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICAS SERVICING,
                 ATTN BANKRUPTCY DEPT MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
               (address filed with court: Wells Fargo Bank, N.A.,      8480 Stagecoach Cir,
                 Frederick, MD 21701)
14040540       +Wells Fargo Bank Nv Na,    Po Box 31557,    Billings, MT 59107-1557
14050675        Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,
                 Eagan, MN, 55121-7700
14040542       +Wells Fargo Bank, N.A.,    101 N. Phillips Avenue,    Sioux Falls, SD 57104-6714
14049553       +Wells Fargo Bank, NA,    Home Equity Group,    1 Home Campus, X2303-01A,
                 Des Moines, IA 50328-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov May 19 2018 01:59:00     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 19 2018 01:58:26
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            ++E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 19 2018 01:58:50     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14040520        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 19 2018 01:59:42     Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
14040529        E-mail/Text: bankruptcy@phila.gov May 19 2018 01:59:00     City of Philadelphia,
                 Department of Revenue - Agency Receivabl,    1401 John F. Kennedy Blvd - MSB Concours,
                 Philadelphia, PA 19102
14061041        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 19 2018 01:59:48
                 Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
14040522       +E-mail/Text: bankruptcycollections@citadelbanking.com May 19 2018 01:59:15
                 Citadel Federal Credit Union,    PO Box 147,    Thorndale, PA 19372-0147
14040523       +E-mail/Text: bankruptcycollections@citadelbanking.com May 19 2018 01:59:15
                 Citadel Federal Credit Union,    520 Eagleview Blvd,    Exton, PA 19341-1119
14040537       +E-mail/Text: bankruptcyteam@quickenloans.com May 19 2018 01:58:49     Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
14050925       +E-mail/Text: bankruptcyteam@quickenloans.com May 19 2018 01:58:49     Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
```

```
District/off: 0313-2          User: DonnaR            Page 2 of 2            Date Rcvd: May 18, 2018
                              Form ID: pdf900         Total Noticed: 40
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
                                                                                          TOTAL: 10
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              BANK OF AMERICA, N.A.
cr              Bank of America, N.A.
14044540        Christopher M. McMonagle, Esquire,    c/o Quicken Loans Inc.,    Stern & Eisenberg, PC,
                 1581 Main Street, Suite 200,    The Shops at Valley Square Warrington, P
14040526*      +City of Philadelphia,    Department of Revenue,    Water Revenue Bureau,    PO Box 41496,
                 Philadelphia, PA 19101-1496
                                                                                 TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2018                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2018 at the address(es) listed below:
              CHRISTOPHER M. MCMONAGLE    on behalf of Creditor    Quicken Loans Inc.
               cmcmonagle@sterneisenberg.com, bkecf@sterneisenberg.com
              JAMES A. PROSTKO    on behalf of Creditor    SANTANDER BANK, N.A. paeb@fedphe.com
              JEREMY JOHN KOBESKI    on behalf of Creditor    WELLS FARGO BANK, N.A. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    SANTANDER BANK, N.A. paeb@fedphe.com
              JEROME B. BLANK    on behalf of Creditor    Wells Fargo Bank, N.A. paeb@fedphe.com
              JOSEPH L QUINN    on behalf of Debtor Joshua P. Wark CourtNotices@sjr-law.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Toyota Motor Credit Corporation
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                           TOTAL: 9
```

**IN THE U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Joshua P. Wark, | : | Chapter 13 |
| Debtor | : | No. : 18-10282-mdc |

## **ORDER**

AND NOW, upon Debtor's Praecipe to Voluntarily Dismiss the Chapter 13 Bankruptcy Case pursuant to 11 U.S.C. 1307(b), it is hereby ORDERED that Case 18-10282-mdc is DISMISSED.

BY THE COURT:

May 18, 2018

_____
HON. MAGDELINE D. COLEMAN
U.S. BANKRUPTCY JUDGE